UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

    ENOUS COLEMAN                                Chapter 7
                                                              Case No. 10-50324-TJT
                                                              Honorable Thomas J. Tucker

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

       The attached check represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is/are as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Real Time Resolutions, Inc.<br>P.O. Box 36655<br>Dallas, TX  75235 | 1 | $1,947.78 |

Dated: March 28, 2011                         /s/ Charles L. Wells, III
                                                          Chapter 7 Trustee
                                                          903 N. Opdyke, Ste. A1
                                                          Auburn Hills, MI  48326
                                                          248-276-0285
                                                          7trusteewells@sbcglobal.net